UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rachel Carol Filsoof,

                     Plaintiff,

-against-

Nationwide General Insurance Company,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024

1:23-cv-11269 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On June 20 2024, the Court scheduled a telephone conference for today to address the discovery disputes raised in Plaintiff's June 18, 2024 Letter. (*See* Letters, ECF Nos. 27-29, 33; Scheduling Order, ECF No. 31.) The day before and the day of the scheduled conference, the parties filed letters raising additional discovery disputes. (*See* Pl.'s 6/25/2024 Letter, ECF No. 31; Def.'s 6/26/2024 Letter, ECF No. 33.)

Following today's conference, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Plaintiff's request that Nationwide label its document responses is denied.

2. Defendant is not required to respond to Plaintiff's Interrogatories 2, 3 or 6, which the Court finds are beyond what is permitted by Local Civil Rule 33.3.

3. The parties shall meet and confer regarding the topics and timing of Plaintiff's Rule 30(b)(6) deposition of Nationwide.

4. The parties shall meet and confer regarding the remaining disputes, including regarding privilege issues and subpoena responses, that are not properly before the Court. If, after a good faith effort, the parties cannot resolve the remaining disputes

they shall file an appropriate Letter Motion in accordance with the Court's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         June 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge