UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :

RACHEL CAROL FILSOOF,          :

                      :

             Plaintiff,    :

                      :          23-CV-11269 (VSB)

        -against-       :

                      :           **ORDER**

NATIONWIDE GENERAL INSURANCE  :
COMPANY,                 :

                      :

             Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that a settlement-in-principle has been reached in this case.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 16, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge