# THE BOSTANY LAW FIRM PLLC

3 WORLD FINANCIAL CENTER
24TH FLOOR
NEW YORK, NEW YORK 10281

TEL: 212-530-4400
FAX: 212-530-4488

**NEW JERSEY OFFICE**
ONE GATEWAY CENTER
NEWARK, NJ 07102

**FLORIDA OFFICE**
1001 BRICKELL BAY DRIVE
MIAMI, FL 33131

August 16, 2024

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        **RE:** *Rachel Carol Filsoof v. Nationwide General Insurance Co.*
              Case #: 1:23-cv011269 (VSB)(SDA)

Dear Judge Broderick:

    I represent the Plaintiff/Insured Rachel Carol Filsoof in this case. Pursuant to agreement reached on July 16, 2024 with the invaluable assistance of Magistrate Judge Aaron, we settled the case. We exchanged necessary papers on August 14, 2024, following some additional negotiations. The final aspect of the settlement is to take place before September 4, 2024.

    Pursuant to this Court's Order, entered on July 17, 2024, the case could be restored within 30 days, *i.e.* no later than today. [Dkt. No. 39]. For reasons I can explain in a confidential filing if it would assist this Honorable Court, we respectfully request an additional 30 days to consummate, with the ability to restore in that time period.

                                                    Respectfully,

                                                    s/John P. Bostany

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.
8/19/2024
The parties' deadline to apply to restore the case to the docket shall be extended to September 18, 2024.

cc: Jeffrey A. Beer Jr., Esq.
    Robert P. Vacchiano, Esq.